FANNIE AARON, Respondent, *v.* HENRY M. BLACK, Doing Business under the Name of H. M. BLACK & Co., Appellant, Impleaded with Another.

*Aaron* v. *Black*, 165 App. Div. 911, affirmed.

(Submitted December 14, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 21, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was brought to recover the proceeds of a policy of life insurance assigned to the Columbia-Knickerbocker Trust Company as collateral security for the repayment of a loan made by said trust company to plaintiff's assignors Lazarus Spero and Leah Spero, which loan had been negotiated by the defendant Black. The trust company re-assigned the policy to Black and Black obtained from the insurance company the sum of $5,733.50, the value of the same upon maturity. The defendant Black answered that the loan obtained by

Lazarus and Leah Spero was not paid and that their note was protested for non-payment and that pursuant to the terms of the note and loan the policy, given as collateral, was sold for an amount less than the amount due upon the note.

*Alfred G. Reeves* and *William P. Dalton* for appellant.
*Richard J. Donovan* and *Herbert D. Cohn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.